UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR03-61-MJP |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| BRANDON REYNA, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on February 4, 2009. The United States was represented by Assistant United States Attorney Michael Lang, and the defendant by Robert Goldsmith. The proceedings were digitally recorded.

The defendant had been charged and convicted of Conspiracy to Distribute Marijuana, in violation of 21 U.S.C. § 841(b)(1)(B). On or about August 22, 2003, defendant was sentenced by the Honorable Marsha J. Pechman to a term of forty-two (42) months in custody, to be followed by five (5) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participate in substance abuse and mental health programs, financial disclosure, search, maintain single checking account, business record disclosure, disclosure of assets and liabilities, no new credit, participation in MRT.

In a Petition for Warrant or Summons dated January 27, 2009, U.S. Probation Officer Brian K. Facklam asserted the following violations by defendant of the conditions of his supervised release:

(1) Committing the law violation of Driving While License Suspended in violation of the standard condition that he not violate another federal, state, or local crime.

(2) Committing the law violation of operating a motor vehicle without ignition interlock system in violation of the standard condition that he not violate another federal, state, or local crime.

On January 28, 2009, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. On February 4, 2009, defendant appeared for an evidentiary hearing on the alleged violations 1 and 2. Probation Officer Brian Facklam testified. Exhibit 1 was received. Defendant was found to have committed the violations using a preponderance of the evidence standard.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Marsha J. Pechman on February 20, 2009 at 3:15 p.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 4th day of February, 2009.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge:       Honorable Marsha J. Pechman
    AUSA:                 Mr. Michael Lang
    Defendant's attorney: Mr. Robert Goldsmith
    Probation officer:    Mr. Brian K. Facklam

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 3